In the Matter of MAX BROWN, an Attorney, Appellant. NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent.

*Appeal — unanimous order of Appellate Division disbarring attorney from practice not appealable as of right to Court of Appeals.*

*Matter of Brown,* 178 App. Div. 558; 193 App. Div. 941, appeals dismissed.

(Argued February 28, 1921;  decided March 15, 1921.)

APPEAL from an unanimous order of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1917, disbarring the appellant herein from practice as an attorney and counselor at law in the state of New York.   Also appeal from an order of said Appellate Division, entered November 9, 1920, denying motions by appellant herein for reinstatement on the ground of newly-discovered evidence, for leave to continue his appeal pending in this court, and for the certification of certain questions to this court.

*Max Brown,* appellant, in person.
*George R. Adams* for respondent.

Appeal dismissed, with one bill of costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.